IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHANNON MARIE WAGNER                                                                   PLAINTIFF

vs.                                         Civil No. 2:14-cv-02177

CAROLYN COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 27th day of May 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE